USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/30/14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JAMES ROBINSON, individually and on behalf of others similarly situated,

        *Plaintiff*,

v.

THE WALT DISNEY COMPANY,

        *Defendant*.

**ECF**

Civil Action No. 1-14-CV-4146 (RA)(DCF)

---

## STIPULATION ADJOURNING TIME TO RESPOND TO THE COMPLAINT

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned counsel, that the time for defendant The Walt Disney Company to answer, move other or otherwise respond to the Complaint in the above-captioned action is hereby extended from July 3, 2014 to August 14, 2014.

**IT IS FURTHER STIPULATED AND AGREED** that this Stipulation may be executed in multiple counterparts and exchanged electronically with the same force and effect as if executed and exchanged in the original.

Dated: New York, New York
      June 27, 2014

SCHWARTZ & THOMASHOWER LLP

By: /s/Rachel Schwartz
Rachel Schwartz
15 Maiden Lane, Suite 705
New York, NY  10038-5120
Tel: 212-227-4300
rschwartz@stllplaw.com

*Attorneys for Defendant*
THE WALT DISNEY COMPANY

Dated: White Plains, New York  
       June 27, 2014

KURZMAN EISENBERG  
   CORBIN LEVER & GOODMAN LLP

By: ___/s/Benjamin Richman_____  
Benjamin Richman  
1 North Broadway  
White Plains, NY 10601  
Tel: 914-285-9800  
*brichman@kelaw.com*

*Attorneys for Plaintiff*  
JAMES ROBINSON, individually and on behalf of others similarly situated

SO ORDERED:

_____  
HON. RONNIE ABRAMS  
UNITED STATES DISTRICT JUDGE  
6/30/14