UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES ROBINSON, individually and on behalf of others similarly situated,<br><br>    *Plaintiff*,<br><br>  v.<br><br>DISNEY ONLINE D/B/A DISNEY INTERACTIVE,<br><br>    *Defendant*. | **ECF**<br><br>Civil Action No. 1-14-CV-4146 (RA)(DCF) |

### DEFENDANT'S NOTICE OF MOTION TO DISMISS WITH PREJUDICE

PLEASE TAKE NOTICE that, upon the annexed Declaration of Bryan H. Heckenlively, Esq., dated September 12, 2014, along with the exhibits annexed thereto, the accompanying Memorandum of Law, dated September 12, 2014, any reply papers and oral argument, and upon all prior pleadings and proceedings heretofore had herein, Defendant Disney Online d/b/a Disney Interactive ("Disney Interactive") moves this Court, before the Hon. Ronnie Abrams, U.S.D.J., in Courtroom 1506 at the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York 10007, for an order, pursuant to Fed. R. Civ. Proc. 12(b)(6), dismissing the First Amended Complaint of plaintiff James Robinson with prejudice for failure to state a claim upon which relief can be granted because plaintiff has not sufficiently plead that Disney Interactive disclosed any information that constitutes personally identifiable information under the Video Privacy Protection Act ("VPPA") or that plaintiff is a "consumer" under the VPPA, and for such other and further relief as this Court deems just and proper.

| | |
|---|---|
| Dated: New York, New York<br>September 12, 2014 | MUNGER, TOLLES & OLSON LLP<br><br>By: *s/ Glenn D. Pomerantz*<br>Glenn D. Pomerantz<br>355 South Grand Avenue<br>Thirty-Fifth Floor<br>Los Angeles, CA 90071<br>Telephone: 213-683-9100<br>Email: *glenn.pomerantz@mto.com*<br><br>Rosemarie T. Ring<br>Email: *rose.ring@mto.com*<br>Jonathan H. Blavin<br>Email: *jonathan.blavin@mto.com*<br>Bryan H. Heckenlively<br>Email: *bryan.heckenlively@mto.com*<br>560 Mission Street<br>Twenty-Seventh Floor<br>San Francisco, CA 94105<br>Telephone: 415-512-4000<br><br>*Admitted Pro Hac Vice*<br><br>-and-<br><br>SCHWARTZ & THOMASHOWER LLP<br>Rachel Schwartz<br>15 Maiden Lane, Suite 705<br>New York, NY  10038-5120<br>Tel: 212-227-4300<br>Email: *rschwartz@stllplaw.com*<br><br>*Attorneys for Defendant*<br>DISNEY ONLINE D/B/A DISNEY INTERACTIVE |