USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/21/2015

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JAMES ROBINSON, individually and on
behalf of others similarly situated,
                        Plaintiff,

-against-

DISNEY ONLINE D/B/A DISNEY
INTERACTIVE,
                        Defendant.
-------------------------------------------------------------X

14 CIVIL 4146 (RA)

**JUDGMENT**

      Before the Court is Disney's motion to dismiss Robinson's Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(6), and the matter having come before the Honorable Ronnie Abrams, United States District Judge, and the Court, on October 20, 2015, having rendered its Opinion and Order granting Disney's motion to dismiss, and requesting the Clerk of Court to close the case, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated October 21, 2015, Disney's motion to dismiss is granted and the case is closed.

**Dated:** New York, New York
          October 21, 2015

                                                RUBY J. KRAJICK
                                                Clerk of Court
                        BY:
                                                Deputy Clerk

**THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON** _____