**Edelson PC**

350 North LaSalle Street, 13th Floor, Chicago, Illinois 60654
t 312.589.6370 | f 312.589.6378 | www.edelson.com

November 18, 2015

*Via ECF*

Hon. Ronnie Abrams
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 1506
New York, NY 10007

    Re:    *James Robinson v. Disney Online d/b/a Disney Interactive*,
              Civil Action No. 1:14-cv-4146-RA (DCF)

Dear Judge Abrams:

    Pursuant to Rule 4(g) of this Court's Individual Rules & Practices In Civil Cases, Plaintiff James Robinson respectfully requests oral argument on his Motion to Reconsider the dismissal of Plaintiff's First Amended Complaint, which was filed today. (Dkt. 42). Thank you for your attention to this matter.

                                  Respectfully submitted,

                                  *s/* J. Dominick Larry

                                  *Plaintiff's Counsel*

cc:    All Counsel (via ECF)

Chicago | San Francisco