# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

James Robinson

(List the full name(s) of the plaintiff(s)/petitioner(s).)

-against-

Disney Online d/b/a Disney Interactive

(List the full name(s) of the defendant(s)/respondent(s).)

14 CV 4146 ( RA )(    )

**NOTICE OF APPEAL**

Notice is hereby given that the following parties: James Robinson

(list the names of all parties who are filing an appeal)

in the above-named case appeal to the United States Court of Appeals for the Second Circuit

from the  ☑ judgment  ☑ order  entered on: Oct. 20, 2015; Oct. 21, 2015; April 14, 2016

(date that judgment or order was entered on docket)

that: Granted Defendant's motion to dismiss (dkt. 40); entered judgment in favor of Defendant (dkt. 41); denied Plaintiff's motion for reconsideration (dkt. 49).

(If the appeal is from an order, provide a brief description above of the decision in the order.)

May 13, 2016
Dated

Signature*

Larry, James D.
Name (Last, First, MI)

350 N. LaSalle St, 13th Floor, Chicago, IL 60654
Address      City      State      Zip Code

312-572-7212
Telephone Number

nlarry@edelson.com
E-mail Address (if available)

*Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case.  Fed. R. App. P. 3(c)(2).  Attach additional sheets of paper as necessary.

Rev. 12/23/13